UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BOYD WHITE, SR., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL[1], Commissioner of Social Security Administration, <br><br> Defendant. | CASE NO.: EDCV 19-00295 KS <br><br> [PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"), **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SIX HUNDRED FIFTY-TWO DOLLARS and 00/cents ($2,652.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: April 27, 2020

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously ordered that Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit.

1